Kristin Walker-Probst (State Bar No. 206389)
David A. Berkley (State Bar No. 260105)
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Email: Kristin.Walker-Probst@wbd-us.com
       David.Berkley@wbd-us.com

Attorney for Plaintiff
FUTUREWEI TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| FUTUREWEI TECHNOLOGIES, INC., a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZOVIO INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-00117-BTM-BLM<br>Unlimited Civil<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff FUTUREWEI TECHNOLOGIES, INC. ("Plaintiff") and ZOVIO INC. ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to Defendant within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

DATED: May 19, 2023     WOMBLE BOND DICKINSON (US) LLP

By:     *s/ David A. Berkley*
Kristin Walker-Probst
David A. Berkley
Email: Kristin.Walker-Probst@wbd-us.com
Email: David.Berkley@wbd-us.com

Attorney for Plaintiff
FUTUREWEI TECHNOLOGIES, INC.