UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTUREWEI TECHNOLOGIES, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>ZOVIO INC.,<br><br>                              Defendant. | Case No.:   23CV117-BTM(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On May 19, 2023, Plaintiff filed a Notice of Settlement indicating that the parties "have agreed to terms to settle claims herein[.]" ECF No. 13. Because the case has settled, all pending dates before Magistrate Judge Major are hereby **VACATED**. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **July 19, 2023**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1

23CV117-BTM(BLM)

are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **July 19, 2023**, then all counsel of record and unrepresented parties are required to appear <u>in person</u> for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **July 27, 2023** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated:  5/22/2023

*Barbara F. Major*
Hon. Barbara L. Major
United States Magistrate Judge