Christopher M. Young (SBN 163319)
Christopher.Young@us.dlapiper.com
Mary Grace Braun (SBN 345506)
MaryGrace.Braun@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone:  619.699.2700
Facsimile:    619.699.2701

*Attorneys for Defendant*
*ZOVIO INC.*

KRISTIN WALKER-PROBST (SBN 206389)
Kristin.Walker-Probst@wbd-us.com
DAVID A. BERKLEY (SBN. 260105)
David.Berkley@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: 714.557.3800
Facsimile: 714.557.3347

*Attorneys for Plaintiff*
*FUTUREWEI TECHNOLOGIES, INC.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTUREWEI TECHNOLOGIES, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOVIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 23-CV-0117-BTM-BLM<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff Futurewei Technologies, Inc. ("Futurewei" or "Plaintiff") and Defendant Zovio Inc. ("Zovio" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to a dismissal with prejudice of all claims and jointly move the Court to dismiss this action, and all claims, with prejudice. The Parties agree that each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: June 9, 2023		DLA PIPER LLP (US)

By: */s/ Christopher M. Young*
    CHRISTOPHER M. YOUNG
    MARY GRACE BRAUN

    Attorneys for Defendant
    ZOVIO INC.

DATED: June 9, 2023		WOMBLE BOND DICKINSON (US) LLP

By: */s/ David A. Berkley*
    KRISTIN WALKER-PROBST
    DAVID A. BERKLEY

    Attorneys for Plaintiff
    FUTUREWEI TECHNOLOGIES, INC.

## CERTIFICATION OF SIGNATURES

I, Christopher M. Young, am the ECF User whose ID and password is being used to file this Joint Motion to Dismiss Action with Prejudice. In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that David Berkley counsel for Plaintiff, Futurewei Technologies, Inc., has concurred in the content of this Joint Motion to Dismiss Action with Prejudice and has authorized its filing.

Executed on June 9, 2023, at San Diego, California.

*/s/ Christopher M. Young*
CHRISTOPHER M. YOUNG