# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTUREWEI TECHNOLOGIES, INC., a Texas corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZOVIO INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 23-CV-0117-BTM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

On June 9, 2023, the parties filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 15.

Upon due consideration, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

Dated: June 9, 2023

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT